Craig and Dancy, Administrators of Dancy, *against* Orton.     *June, 1823.*

*ORTON* brought an action of Debt in the Circuit Court of *Lauderdale* County against *Craig* and *Dancy*, administrators of *James Dancy*, on a bond of their intestate. Judgment by *nil dicit* " to be levied of the goods and chattels," &c. " of said intestate in the defendants' hands to be admi- " nistered, if so much they have ; if not, then the costs to " be levied of their proper goods and chattels, &c.

On writ of Error to this Court, *Craig* and *Dancy*, among other matters, assigned as Error—

That the judgment makes the administrators liable out of their own proper goods for the costs of the suit.

1, The Act of 1811 renders executors and administrators not liable *de bonis propriis* for costs.

Judge *Ellis* delivered the opinion of the Court.

The common law principle as to the liability of executors and administrators *de bonis propriis* for costs, was changed by our Statute of 1811, (Laws Alaba. 463, sect. 21,) which enacts " that no executor or administrator shall be liable " out of *their* individual estate, for not pleading, mispleading, " or false pleading, in or to any action whatever which may " be brought against them as such."

Probably no words in our language could have expressed more technically and appropriately the intention of the Legislature to change the common law as to the liability of executors and administrators out of their own estates for costs.

It is the unanimous opinion of this Court, that the judgment of the Circuit Court be reversed, and judgment rendered here for the Debt, Damages, and Costs, to be levied of the goods and chattels, &c. of the intestate in the hands of his administrators to be administered.

*M'Kinley*, for plaintiff.

*William B. Martin*, for defendant in Error.